1  BESS M. BREWER, #100364
   BREWER & MITCHELL, LLP
2  1023 H Street, Suite B5
   Sacramento, CA 95814
3  Telephone: (916) 448-8600
   Facsimile: (916) 448-8605
4
   Attorneys for Plaintiff
5

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAWN JOHNSON** | Case No. CIV-S-05-00592CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **JO ANNE B. BARNHART** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of August 17, 2005 until September 16, 2005. This is plaintiff's first request for an extension.

/ / / /

/ / / /

Dated: August 16, 2005              BREWER & MITCHELL, LLP

                                    By:/s/*Bess M. Brewer*
                                    BESS M. BREWER
                                    Attorney at Law

                                    Attorney for Plaintiff

*Johnson v. Barnhart,* CIV-S-05-592 CMK              1

| | | |
|---|---|---|
| 1 | Dated: August 16, 2005_____ | McGregor W. Scott<br>United States Attorney |
| 2 | | |
| 3 | | By:*/s/Bobbie J. Montoya*<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| 4 | | |
| 5 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   August 22, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

*Johnson  v. Barnhart,* CIV-S-05-592 CMK          2