1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700

5  Attorneys for Defendant

6

7
                     IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  DAWN JOHNSON,                          CASE NO. 2:05-CV-00592-CMK

12          Plaintiff,                     STIPULATION AND ORDER
                                           EXTENDING DEFENDANT'S TIME
13     v.                                  TO RESPOND TO PLAINTIFF'S
                                           MOTION FOR SUMMARY
14  JO ANNE B. BARNHART,                   JUDGMENT TO NOVEMBER 25,
     Commissioner of                       2005
15   Social Security,

16          Defendant.

17

18
        IT IS HEREBY STIPULATED by and between the parties, through their respective
19
    undersigned attorneys, with the approval of the Court, that Defendant's time to respond to
20
    Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from
21
    the present due date of October 26, 2005, by thirty days, to the new response date of November
22
    25, 2005.  The extension is needed due to a calendaring mishap which occurred as a result of
23
    confusion stemming from the fact that there are two entirely separate and unrelated Social
24
    Security cases involving different plaintiffs with the same name of Dawn Johnson (the instant
25
    case and Case No. 2:04-cv-01015-KJM).  As a result of this confusion, Defendant's response in
26
    this case was not prepared by the current deadline, and additional time is needed.
27

28                                          1

1   This is the first extension requested re Defendant's response to Plaintiff's motion for
2   summary judgment.
3   The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
4   stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
5   authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic
6   Case Filing password, pursuant to Local Rule 7-131.

7
8   DATED: October 27, 2005          /s/ Bess M. Brewer
                                      BESS M. BREWER
                                      Attorney at Law
9
                                      Attorney for Plaintiff
10

11  DATED: October 27, 2005          McGREGOR W. SCOTT
                                      United States Attorney
12

13                                    By:  /s/ Bobbie J. Montoya
                                      BOBBIE J. MONTOYA
14                                    Assistant U. S. Attorney

15                                    Attorneys for Defendant

16

17  OF COUNSEL:

18  LUCILLE GONZALES MEIS
    Chief Counsel, Region IX
19
    PETER THOMPSON
20  Assistant Regional Counsel

21  Social Security Administration

22

23

24

25

26

27  RE:   DAWN JOHNSON v. JO ANNE B. BARNHART, Case No. 2:05-CV-00592-CMK, STIPULATION AND ORDER
          EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
28                                          2

1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700

5  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAWN JOHNSON, | CASE NO. 2:05-CV-00592-CMK |
|---|---|
| Plaintiff, | ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties, electronically filed *October 27, 2005*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

Defendant shall file her response on or before November 25, 2005.

SO ORDERED.

October 28, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28