IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAWN JOHNSON,

      Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.

_____/

Case No. CIV-S-05-0592 FCD CMK

ORDER

      On September 7, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Objections were filed on September 18, 2006.

      This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS ORDERED that:

      1.  The findings and recommendations filed September 7, 2006 are adopted;

      2.  Plaintiff's motion for summary judgment or remand is denied, and the Commissioner's cross motion for summary judgment is granted.

DATED: September 26, 2006

      /s/ Frank C. Damrell Jr.
      FRANK C. DAMRELL JR.
      United States District Judge